FILED
October 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002977039

1  BETH MAXWELL STRATTON
   CHAPTER 7 TRUSTEE
2  Post Office Box 3930
   Pinedale, CA 93650
3  Telephone: (559) 441-4233
   Facsimile: (559) 441-4234
4

5

6              IN THE UNITED STATES BANKRUPTCY COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  In re:                            ) Case No. 07-10101-B-7
                                     )
9  SHANE PAUL KROGEN and             ) Chapter 7
   JULIE ANN KROGEN,                 )
10                                   ) DC No. BMS-1
             Debtors.                )
11                                   ) **NOTICE OF HEARING ON
                                     ) MOTION FOR APPROVAL OF
12                                   ) SALE OF PERSONAL PROPERTY**
                                     )
13                                   ) Date:     November 9, 2010
                                     ) Time:     10:00 a.m.
14 _____ ) Dept.     B, Hon. W. Richard Lee

15

16 TO: ALL PARTIES-IN-INTEREST:

17         **NOTICE IS HEREBY GIVEN** that on November 9, 2010, at 10:00 a.m. in

18 Department B of the above-entitled court, located at 2500 Tulare Street, Courtroom 12,

19 Fresno, California, Beth Maxwell Stratton, Chapter 7 Trustee for the Estate of Shane Paul

20 Krogen and Julie Ann Krogen will move the Court for an order authorizing her to sell the

21 estate's interest in an income stream generated by Debtor Julie Krogen's deceased father's

22 trust. The Trustee has agreed to sell the estate's remaining interest to the Debtors for the

23 total sum of $3,000.00, payable in five monthly payments of $600.00 commencing

24 September 2010, and subject to Court approval.

25         YOU ARE FURTHER NOTIFIED pursuant to Local Rules of the United States

26 Bankruptcy Court of the Eastern District of California, Fresno Division, opposition, if any, of

27 the motion shall be in writing and shall be served on the undersigned and filed with the Clerk

28 of the Court by the opposing party not less than fourteen (14) days preceding the date or

continued date of the hearing. Without good cause, no party will be heard in opposition to the motion at the hearing if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the motion.

For further particulars on the motion, or for a copy of the motion and supporting declaration, you may contact the undersigned at the above address, or you may obtain a copy of from the clerk of the Bankruptcy Court, located at 2500 Tulare Street, Suite 2501, Fresno, California.

**UNLESS WRITTEN OPPOSITION AND SUPPORTING EVIDENCE ARE FILED WITH THE CLERK AND SERVED ON THE MOVING PARTY, THE COURT MAY RESOLVE THE MATTER WITHOUT ORAL ARGUMENT.**

Dated: October 5, 2010

_____
BETH MAXWELL STRATTON,
Chapter 7 Trustee