FILED
October 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002977040

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

SHANE PAUL KROGEN and
JULIE ANN KROGEN,

Debtors.

Case No. 07-10101-B-7

Chapter 7

DC No. BMS-1

**DECLARATION OF BETH MAXWELL STRATTON IN SUPPORT OF MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**

Date: November 9, 2010
Time: 10:00 a.m.
Dept. B, Hon. W. Richard Lee

I, Beth Maxwell Stratton, declare:

I am the duly appointed, qualified and acting Chapter 7 Trustee in the above-referenced bankruptcy proceeding.

I have read the foregoing Motion for Approval of Sale of Personal Property, and each of the statements made therein are true and correct and are of my own personal knowledge, except as to those which are stated on information and belief and as to those, I believe them to be true.

I hereby declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that I have executed this declaration on October _5_, 2010 at Fresno, California.

Beth Maxwell Stratton,
Chapter 7 Trustee