

**ABDENOUR ACHAB**
1000 Sibley Street
Apt. 23
Folsom, California 95630
Telephone: (916) 608-8847
Facsimile: (916) 404-8848
abdenour.achab@gmail.com

**Abdenour Achab**

Individual Investor



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| In re: | ) | Case No. 07-10101-B-7 |
|---|---|---|
| | ) | |
| SHANE PAUL KROGEN | ) | Chapter 7 |
| JULIE ANN KROGEN | ) | |
| Debtors. | ) | DC No.   AA-2 |
| | ) | |

## OBJECTION AND/OR RESPONSE TO MOTION TO SELL

Abdenour Achab ("Achab") objects to the Motion To Sell filed by the Trustee (Docket Control No.: BMS-1). Achab's objection is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED October 14, 2010.

ABDENOUR ACHAB

By: _____
Abdenour Achab
1000 Sibley Street
Apt. 23
Folsom, California  95630
Individual Investor

1

# **MEMORANDUM OF POINTS AND AUTHORITIES**

Beth Maxwell Stratton (the "Trustee") has filed a Motion to Sell (the "Motion") the Bankruptcy Estate's interest in the Norman E. Gardner Family Trust (the "Asset"). Achab objects.

The Motion (Docket Control No.: BMS-1) is not in the best interest of the estate or its creditors. The sale price stated in the Motion does not represent the fair market value of the Asset. The offer Achab sent to the trustee (Exhibit 1) proves that the Trustee can net at least $200 more than if the Motion To Sell was approved. Furthermore, if the Trustee filed Motion To Sell that stated that the sale is subject to higher and better offers at the Sale Hearing, there is a possibility that the Asset will sell for an even higher price than the price offered by Achab to the Trustee.

Wherefore, Achab requests that the Motion to Sell be denied, or, in the alternative, that higher and better offers will be considered at the November 9 or subsequent hearing.

DATED October 14, 2010.

ABDENOUR ACHAB

By: _____
Abdenour Achab
1000 Sibley Street
Apt. 23
Folsom, California   95630
Individual Investor

Copy mailed on October 14, 2010 to:

Beth Maxwell Stratton
Chapter 7 Trustee
Post Office Box 3930
Pinedale, CA   95650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

2